UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILTON CURTIS PIERRE, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-1185** |
| **STATE FARM FIRE & CASUALTY COMPANY** | **SECTION: D (3)** |

## ORDER

The Court has been advised by counsel for the parties that Plaintiffs have settled all of their claims against the Defendant in this case.[1]

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without costs and **without prejudice** to the right, upon good cause shown, to reopen the action if settlement is not consummated within a reasonable time. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

New Orleans, Louisiana, August 30, 2022.

*Wendy B. Vitter*
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**

---

[1] *See* R. Doc. 14.