UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILTON CURTIS PIERRE, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-1185** |
| **STATE FARM FIRE & CASUALTY COMPANY** | **SECTION: D (3)** |

## ORDER

Before the Court is a Joint Motion and Order of Dismissal filed by the Plaintiffs, Wilton Pierre and Carolyn Pierre, and the Defendant, State Farm Fire & Casualty Company (R. Doc. 17).

Accordingly,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. **IT IS FURTHER ORDERED** that this action is **DISMISSED, with prejudice**, with each party to bear their own costs.

New Orleans, Louisiana, October 4, 2022.

*/s/ Wendy B. Vitter*
**WENDY B. VITTER**
**United States District Judge**